**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREDERICK WEISSER,** **Plaintiff** | : | **No. 3:26-CV-0118** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **WELLPATH MEDICAL SERVICES,** ***et al.*****,** **Defendants** | : | |

# ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiff's Section 1983 claims of deliberate indifference to serious medical needs are **DISMISSED** without prejudice as to all Defendants pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The court declines to exercise supplemental jurisdiction over Plaintiff's related state-law tort claim. That claim is therefore **DISMISSED** without prejudice.

3. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this order. Plaintiff must comply with the pleading instructions provided in the accompanying Memorandum. Failure to do so may result in the summary striking of any improper amended pleading.

4. If no appropriate amended complaint is timely filed, dismissal of any Section 1983 claim without prejudice will automatically convert to dismissal with prejudice and the court will CLOSE this case.

**Date:** 8/21/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**