**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREDERICK WEISSER,** | : | **No. 3:26-CV-0118** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **WELLPATH MEDICAL SERVICES,** | : | |
| ***et al.*,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED** that:

1. Plaintiff's amended complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to CLOSE this case.

**Date:** 10/29/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**